Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____July 26_____20_17_

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT LUYSTER, and<br>ANDREA SIBLEY,<br><br>Defendant. | NO. **CR 17-5314 BHS**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Felon in Possession of a Firearm)

On or about May 16, 2016, in Longview, within the Western District of Washington, and elsewhere, BRENT LUYSTER, after having been convicted of the following crimes punishable by imprisonment exceeding one year, to wit:

*Criminal Mischief- deadly weapon*, in Clark County Superior Court cause number 13-1-00912-1,

*Possession of Stolen Property in the Second Degree*, in Clark County Superior Court, cause number 10-1-00310-0,

Indictment/ LUYSTER and SIBLEY- 1

UNITED STATES ATTORNEY<br>1201 PACIFIC AVENUE, SUITE 700<br>TACOMA, WASHINGTON 98402<br>(253) 428-3800

*Malicious Harassment,* in Clark County Superior Court, cause number 05-1-1436-6,

*Assault in the Third Degree*, in Clark County Superior Court, cause number 01-1-01269-0,

*Burglary in the Second Degree*, Clark County Superior Court, cause number 98-1-01128-9,

*Theft in the Second Degree*, Clark County Superior Court, cause number 97-1-01882-0,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit:

- Bushmaster, model Carbon 15, .223 caliber rifle,

- Glock, model 27, .40 caliber handgun,

- Keltec, model KSG, .12 gauge shotgun,

- Anderson, model AM 15, .223 caliber rifle,

- Remington, model 700, .308 caliber rifle,

- Smith and Wesson, model MP 15, .223 caliber rifle,

- Ruger, model 10-22, .22 caliber rifle,

- Keystone Sporting, model Cricket, .22 caliber rifle, and

- Kimber, model Micro Carry, .380 caliber handgun,

each of which had been shipped and transported in interstate and foreign commerce.

All in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2

### (Aiding and Abetting a Felon in Possession of a Firearm)

Beginning on or about March 1, 2015, and continuing until on or about May 16, 2016, at Clark and Cowlitz Counties, within the Western District of Washington, and elsewhere, ANDREA SIBLEY aided and abetted, Brent Luyster, who she knew had been convicted of a crime punishable by imprisonment of exceeding one year, to wit:

Indictment/ LUYSTER and SIBLEY- 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

*Criminal Mischief- deadly weapon*, in Clark County Superior Court cause number 13-1-00912-1,

*Possession of Stolen Property in the Second Degree*, in Clark County Superior Court, cause number 10-1-00310-0,

*Malicious Harassment*, in Clark County Superior Court, cause number 05-1-1436-6,

*Assault in the Third Degree*, in Clark County Superior Court, cause number 01-1-01269-0,

*Burglary in the Second Degree*, Clark County Superior Court, cause number 98-1-01128-9,

*Theft in the Second Degree*, Clark County Superior Court, cause number 97-1-01882-0,

to knowingly possess in and affecting interstate commerce, the following firearms:

- Bushmaster, model Carbon 15, .223 caliber rifle,

- Glock, model 27, .40 caliber handgun,

- Keltec, model KSG, .12 gauge shotgun,

- Anderson, model AM 15, .223 caliber rifle,

- Remington, model 700, .308 caliber rifle,

- Smith and Wesson, model MP 15, .223 caliber rifle,

- Ruger, model 10-22, .22 caliber rifle,

- Keystone Sporting, model Cricket, .22 caliber rifle, and

- Kimber, model Micro Carry, .380 caliber handgun,

each of which had been shipped and transported in interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2 and 922(g)(1).

## COUNT 3

**(False Statement During Purchase of a Firearm)**

On or about July 5, 2015, at Vancouver, Washington, within the Western District of Washington, ANDREA SIBLEY knowingly made a false statement and representation

Indictment/ LUYSTER and SIBLEY- 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

to D.N. of Sportsman's Warehouse, a federal firearms dealer licensee under Title 18, United States Code Section 923, pertaining to information required by the provisions of Chapter 44 of Title 18, to be kept by Sportsman's Warehouse as a federal firearms licensee, in that ANDREA SIBLEY, in connection with the purchase of a Keltec, model KSG 12 guage shotgun, did complete and execute an ATF Form 4473 and represent that she currently resided at 3811 N.E. 39th Ct., Vancouver, Washington, knowing it was false.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

### (False Statement During Purchase of a Firearm)

On or about July 17, 2015, at Vancouver, Washington, within the Western District of Washington, ANDREA SIBLEY, knowingly made a false statement and representation to C.S. of Sportsman's Warehouse, a federal firearms dealer licensee under Title 18, United States Code Section 923, pertaining to information required by the provisions of Chapter 44 of Title 18, to be kept by Sportsman's Warehouse as a federal firerarms licensee, in that ANDREA SIBLEY, in connection with the purchase of a Remington, model 700, .308 caliber rifle, did complete and execute an ATF Form 4473 and represent that she currently resided at 3811 N.E. 39th Ct., Vancouver, Washington, knowing it was false.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

### (False Statement During Purchase of a Firearm)

On or about February 17, 2016, at Longview, Washington, within the Western District of Washington, ANDREA SIBLEY, knowingly made a false statement and representation to R.B. of Bob's Merchandise, a federal firearms dealer licensee under Title 18, United States Code Section 923, pertaining to information required by the provisions of Chapter 44 of Title 18, to be kept by Bob's Merchandise as a federal firearms licensee, in that ANDREA SIBLEY, in connection with the purchase of a Ruger,

Indictment/ LUYSTER and SIBLEY- 4

model 10-22, .22 caliber rifle, did complete and execute an ATF Form 4473 and represent that she currently resided at 3811 N.E. 39th Ct., Vancouver, Washington, knowing it was false.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

### (False Statement During Purchase of a Firearm)

On or about February 19, 2016, at Longview, Washington, within the Western District of Washington, ANDREA SIBLEY, knowingly made a false statement and representation to R.S. of Bob's Merchandise, a federal firearms dealer licensee under Title 18, United States Code Section 923, pertaining to information required by the provisions of Chapter 44 of Title 18, to be kept by Bob's Merchandise as a federal firearms licensee, in that ANDREA SIBLEY, in connection with the purchase of a Keystone Sporting, model Cricket, .22 caliber rifle, did complete and execute an ATF Form 4473 and represent that she currently resided at 3811 N.E. 39th Ct., Vancouver, Washington, knowing it was false.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

### (False Statement During Purchase of a Firearm)

On or about February 24, 2016, at Vancouver, Washington, within the Western District of Washington, ANDREA SIBLEY, knowingly made a false statement and representation to B.W. of Clark's County Transfers, a federal firearms dealer licensee under Title 18, United States Code Section 923, pertaining to information required by the provisions of Chapter 44 of Title 18, to be kept by Clark's County Transfers as a federal firearms licensee, in that ANDREA SIBLEY, in connection with the purchase of a Kimber model Micro Carry, .380 caliber handgun, did complete and execute an ATF Form 4473 and represent that she currently resided at 3811 N.E. 39th Ct., Vancouver, Washington, knowing it was false.

\\

Indictment/ LUYSTER and SIBLEY- 5

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

DATED:    7·26·17

*Signature of Foreperson redacted pursuant to the policy of the judicial conference*

_____

FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
THOMAS WOODS
Assistant United States Attorney

_____
BRUCE F. MIYAKE
Assistant United States Attorney

Indictment/ LUYSTER and SIBLEY- 6

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800